COMMONWEALTH of Pennsylvania,
Respondent

v.

Larry CLEMENS, Petitioner

No. 454 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Thomas SHIELDS, Petitioner

No. 359 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

William H. LEAK, Petitioner

No. 315 EAL 2016

Supreme Court of Pennsylvania.

February 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.